IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANNAMARIE RIETHMILLER,

    Plaintiff,

v.                                    CASE NO. 3:12-cv-493-MW/EMT

ELECTORS FOR THE STATE
OF FLORIDA, et al.,

    Defendants.
_____

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 17, filed January 30, 2013. The Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation, ECF No. 18, filed February 19, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle

District of Florida, Tampa Division. The clerk must take all steps necessary to effect the transfer and close the file.

SO ORDERED on February 20, 2013.

s/Mark E. Walker  
United States District Judge